Mary C. Kingsley, Respondent, v. Sylvester R. Benson, Appellant.— Judgment and order unanimously affirmed, with costs.

Before State Industrial Board, Respondent. Rosa La Rose, Respondent, v. The Mirror and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that it has not been proven that the accident in question was the cause of or contributed to decedent's death. All concur.

Before State Industrial Board, Respondent. Harry Mallon, Respondent, v. Babcock & Wilcox Company and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence that claimant sought employment during the time covered by the award, and on the further ground that his earning capacity is proved to have been greater than that fixed by the Board. All concur.

Before State Industrial Board, Respondent. Sam Magistrato, Respondent, v. J. W. Cowper Company, Appellant, Impleaded with Another, Defendant.— Award modified by striking out the expression " Claimant is to be reimbursed for medical bills," and as so modified unanimously affirmed, without costs.

Before State Industrial Board, Respondent. John Manchuk, Respondent, v. Samuel Eisenberg and Another, Doing Business as Surprise Button Works, Respondents, Impleaded with Northwestern Casualty and Surety Company, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Leo Martello, Respondent, v. Adirondack Power and Light Corporation, Appellant.— Judgment and order reversed, on the ground that the verdict is excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $2,000, in which event the judgment is modified accordingly and as so modified judgment and order affirmed, without costs. All concur.

Before State Industrial Board, Respondent. Frank Oschkowitz, Respondent, v. Edward Fast and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Paul Palumbo, Respondent, v. Valenti Horn Button Works and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Josie Provenzon, Respondent, v. The Aquatite Enamel Company and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Michael Patruno, Respond.,